FROM : PETER E. QUIJANO,Esquire         FAX NO. : 646 414 9373         Feb. 03 2010 02:17PM   P3

UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    :

        - against -                    :        05 Cr. 598 (GBD)

NEWTON GOMEZ                                 :

                  Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 0 8 FEB 2010

Upon the application of **NEWTON GOMEZ,** by his attorney Peter Enrique Quijano, for an Order authorizing the release of Newton Gomez's United States Passport, currently being held by the United States Pretrial Services Office for the District of New Jersey;

**IT IS HEREBY ORDERED,** that:

The United States Pretrial Services Office for the District of New Jersey immediately release the United States Passport of the NEWTON GOMEZ, which had been held in connection with U.S. v. Newton Gomez, 05 Cr. 598 (GBD).

Dated:      New York, New York
        February      , 2010

        0 8 FEB 2010

                  **S O   O R D E R E D**

                  *George B. Daniels*

                  **GEORGE B. DANIELS**
                  **UNITED STATES DISTRICT JUDGE**